UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DELGADO | : | |
| Movant, | : | CIVIL NO. 3:04CV1796(DJS) |
| v. | : | |
| UNITED STATES OF AMERICA | : | |
| Respondent. | : | November 30, 2004 |

**RESPONDENT'S MOTION TO EXTEND TIME**

The movant, a pro se prisoner, has filed a motion for habeas corpus relief pursuant to 28 U.S.C. §2255. By Order dated October 25, 2004, the Court ordered the Government to file an answer by November 30, 2004. Undersigned counsel first learned of the plaintiff's motion and the Court's Order on November 2, 2004. Due to the press of business and the need to obtain background information, the Government respectfully requests an extension of time of thirty days, until December 30, 2004, to respond.

This motion is the first filed by the Government seeking an extension of time to respond to the plaintiff's motion. Because the plaintiff is a pro se prisoner incarcerated out-of-state, the Government has not contacted the plaintiff concerning his position on this motion.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


THOMAS V. DAILY
ASSISTANT STATES ATTORNEY
450 MAIN STREET, RM. 328
HARTFORD, CT  06103
(203) 947-1101
FEDERAL BAR NO. ct03467


**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the within and foregoing was mailed, this 30th day of November, 2004, to the following:

John Delgado
Prisoner No. 15155-014
FCI - Otisville
P. O. Box 1000
Otisville, NY 10963


THOMAS V. DAILY
ASSISTANT UNITED STATES ATTORNEY