UNITED STATES DISTRICT COURT

DISTRICT  OF  CONNECTICUT

```
JOHN DELGADO
        Movant
V.                              Case Number:  3:03CR117 (DJS)

UNITED STATES OF AMERICA
        Respondent
```

**ORDER**

Doc. #15 Respondent's Motion to Extend Time. <u>GRANTED.</u>

**SO ORDERED.**

Dated at Hartford, Connecticut, December 7, 2004.


<u>/s/ DJS</u>
Dominic J. Squatrito
United States District Court