```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

**UNITED STATES OF AMERICA**        :
                                    :
                                    :
**v.**                              :        Nos. 3:03CR117(DJS)
                                    :             3:04CV1796(DJS)
                                    :
**JOHN DELGADO**                    :


## ORDER

This cause is before the court on defendant's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence (dkt. # 13).  Defendant asserts that the state court convictions resulting in a significant enhancement to his federal sentence are invalid.  In order to obtain relief from his federal sentence, defendant must first seek to vacate his prior convictions by petitioning the courts that entered the prior judgments of conviction.  Defendant does not set forth the basis for believing that his prior convictions are invalid, nor does he disclose how he intends to have the convictions vacated. Defendant has filed the instant motion in an effort to comply with the governing statute of limitations for filing a motion under 28 U.S.C. § 2255.  The Government seeks dismissal of defendant's petition because it is not yet ripe.

The court will reserve decision on the Government's request, as the U.S. Supreme Court has decided to resolve the governing question of timeliness under these circumstances in Johnson v. U.S., 340 F.3d 1219 (11th Cir. 2003), cert. granted, 125 S. Ct.

26 (2004). All proceedings related to defendant's motion shall be **STAYED** until the Supreme Court renders a decision, or, upon the motion of either party, the court becomes aware of a material change in circumstances.

So ordered at Hartford, Connecticut, this 20th day of January, 2005.

/s/DJS
_____
**DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE**