UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DELGADO, | : |
| Defendant-movant, | : CRIM. NO. 3:03cr0011(DJS) |
| | : CIVIL NO. 3:04cv1796(DJS) |
| vs. | : |
| UNITED STATES OF AMERICA, | : |
| | : May 25, 2005 |
| Respondent. | : |

### DEFENDANT'S MOTION FOR TRANSCRIPTS AND TIME TO SUBMIT A SUPPORTIVE FILING

John Delgado, defendant-movant herein pro se, respectfully moves for copies of his 7/27/03 guilty plea transcript, and his 10/27/03 sentencing transcript. Delgado also moves for time to submit a proper reply to the government's 12/30/04 response to his pending 28 U.S.C. § 2255 motion. In support, Delgado submits the following:

1. On October 5, 2005 Delgado submitted a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

2. In his motion, Delgado has advanced claims which relate to the record of his July 27, 2003 guilty plea and his October 27, 2003 sentencing. Because Delgado's claims may be supported by those transcripts, he respectfully seeks copies at government expense.

3. Although the issues advanced are not fully aired because of the lack of transcripts (which Delgado has previously requested copies of), the government submitted a response on December 30, 2004. Because the plea and sentencing transcripts

are necessary to make a meaningful argument in support of Delgado's § 2255 motion, he respectfully seeks 45 days from the date the transcripts are received by him to have a proper memorandum of law in support of his § 2255 motion, and combined reply to the government's filing, submitted.

Accordingly, Delgado respectfully requests: (1) that the Court grant his request for copies of his 7/27/03 plea transcript and 10/27/03 sentencing transcript at government expense; and (2) that the Court grant him 45 days from the date he receives those transcripts to submit his combined supportive memorandum of law and reply to the government's 12/20/04 filing.

Respectfully submitted,

*John Delgado*
John Delgado, pro se
Reg. No. 15155-014
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

CERTIFICATE OF SERVICE

It is herby certified that a copy of the foregoing was deposited in the legal mailbox at FCI Otisville, postage prepaid, addressed to:

Thomas V. Daily, AUSA
United States Attorney's Office
450 Main Street, RM. 328
Hartford, CT 06103

By: *John Delgado*
John Delgado

2