```
                  UNITED STATES DISTRICT COURT
                    DISTRICT  OF  CONNECTICUT
```

JOHN DELGADO

V.                          Case Number:  3:03CR117  (DJS)
                                          3:04CV1796 (DJS)
UNITED STATES OF AMERICA

## Endorsement Order

DEFENDANT-MOVANT'S MOTION FOR RECONSIDERATION Doc. # **21** - **DENIED.**

**So Ordered.**

Dated at Hartford, Connecticut, August 23, 2005.


                              /s/DJS_____
                              Dominic J. Squatrito
                              U.S. District Judge